# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Darrell Huff<br>    Nicole Huff<br>        Debtor(s) | Case No. 12 B 48017 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/06/2012.

2) The plan was confirmed on 03/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/12/2013, 07/31/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/09/2014, 05/16/2014, 12/23/2014.

5) The case was Dismissed on 01/08/2015.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,675.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,675.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,801.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $234.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,035.34

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Ma | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 379.00 | 379.00 | 379.00 | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Ashley furniture | Secured | 400.00 | 0.00 | 400.00 | 195.90 | 13.90 |
| Bush Truck Leasing | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 145.00 | 73.80 | 73.80 | 0.00 | 0.00 |
| City of Calumet City | Unsecured | NA | 75.00 | 75.00 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 6,673.40 | 4,931.40 | 4,931.40 | 0.00 | 0.00 |
| CNAC Glendale Heights | Secured | 8,114.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | NA | 306.79 | 306.79 | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 3,416.00 | 2,307.50 | 2,307.50 | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 1,015.56 | NA | NA | 0.00 | 0.00 |
| Credit Coll | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| Custom Coll Srvs Inc | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 2,778.00 | NA | NA | 0.00 | 0.00 |
| Dp Of Educ | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| Economy Interiors | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Encircle Collections I | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 1,802.00 | NA | NA | 0.00 | 0.00 |
| Eos Cca | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Galway Financial Services | Unsecured | 535.50 | NA | NA | 0.00 | 0.00 |
| Gecrb/Care Credit | Unsecured | 2,698.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Harvard Coll | Unsecured | 3,776.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Secured | 1,533.00 | 1,533.02 | 1,533.00 | 558.05 | 79.64 |
| Heritage Acceptance Corp | Unsecured | NA | 0.02 | 0.02 | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 2,026.53 | 2,026.53 | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | NA | 2,828.00 | 2,828.00 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 22,877.80 | 64,889.85 | 64,889.85 | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 10,187.46 | 10,187.46 | 10,187.46 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 3,332.59 | 3,362.49 | 3,362.49 | 54.80 | 0.00 |
| Internal Revenue Service | Unsecured | 1,797.71 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 763.87 | 763.87 | 0.00 | 0.00 |
| Jefferson Capital | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Loan Machine | Unsecured | 1,285.89 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 5,400.00 | 13,000.00 | 13,000.00 | 0.00 | 0.00 |
| MCSI | Unsecured | 3,034.00 | 925.00 | 925.00 | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | NA | 148.16 | 148.16 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 10,485.00 | 4,746.84 | 4,746.84 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | NA | 567.06 | 567.06 | 0.00 | 0.00 |
| Northeast Legal Grou | Unsecured | 2,413.00 | NA | NA | 0.00 | 0.00 |
| Palisades Acquisition | Unsecured | 2,560.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st ER Medical Consultants P.C. | Unsecured | NA | 46.37 | 46.37 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,001.00 | 1,981.00 | 1,981.00 | 0.00 | 0.00 |
| Roi Services, Inc. | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Strack & Van Til | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| United Compucred | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 2,475.00 | 2,557.17 | 2,557.17 | 0.00 | 0.00 |
| US Cash IL LLC | Unsecured | 1,329.00 | NA | NA | 0.00 | 0.00 |
| Village of Dolton | Unsecured | NA | 400.00 | 400.00 | 0.00 | 0.00 |
| Village of Lansing | Unsecured | NA | 8,889.61 | 8,889.61 | 0.00 | 0.00 |
| Westlake Financial Services | Unsecured | NA | 1,151.25 | 1,151.25 | 0.00 | 0.00 |
| Westlake Financial Services | Secured | 6,175.00 | 7,326.25 | 6,175.00 | 354.53 | 382.84 |
| White Hills Cash | Unsecured | 612.00 | 612.00 | 612.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,708.00 | $912.58 | $462.48 |
| All Other Secured | $400.00 | $195.90 | $13.90 |
| **TOTAL SECURED:** | **$8,108.00** | **$1,108.48** | **$476.38** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,362.49 | $54.80 | $0.00 |
| **TOTAL PRIORITY:** | **$3,362.49** | **$54.80** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$124,393.68** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,035.34 |
| Disbursements to Creditors | $1,639.66 |
| **TOTAL DISBURSEMENTS** : | **$5,675.00** |

  12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/16/2015    By: /s/ Marilyn O. Marshall
                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**